IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLOBAL OIL TOOLS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. H-13-1984 |
| | § | |
| WILFRED BARNHILL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO RETAIN

Global Oil Tools, Inc.'s Motion to Retain is granted. A hearing is set for **November 12, 2013**, at 8:30 a.m. in Courtroom 11-B at the United States Courthouse, 515 Rusk Avenue, Houston, Texas. Counsel for Global Tools must give notice to Pedcor, Inc. and GOTCO International, Inc.

SIGNED on October 25, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge